# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>    Plaintiff,<br><br>    v.<br><br>S. KERNAN, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01356-LJO-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY DEADLINE<br><br>[ECF No. 63] |

      Plaintiff James C. McCurdy is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      Currently before the Court is Plaintiff's motion to extend the discovery deadline by thirty days, filed December 12, 2019. Defendants did not file an opposition and the time to do so has expired. Local Rule 230(l).

      On the basis of good cause and the lack of opposition, Plaintiff's request is granted and the discovery deadline is extended to **February 8, 2020**.

IT IS SO ORDERED.

Dated:   **January 6, 2020**

                                                     UNITED STATES MAGISTRATE JUDGE