UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. KERNAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01356-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR CLARIFICATION OR A TELEPHONIC STATUS CONFERENCE<br><br>(ECF No. 71)<br><br>STATUS CONFERENCE:　DECEMBER 4, 2020<br>　　　　　　　　　　　　AT 3:00 P.M. |

　　　　Plaintiff James C. McCurdy, appearing pro se and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 10, 2017.  (ECF No. 1.)  Currently, the matter is set for trial before an unassigned district judge on March 16, 2021.  (ECF No. 67.)  On August 5, 2019, Plaintiff consented to the jurisdiction of the magistrate judge for all purposes.  (ECF No. 53.)  On November 23, 2020, Defendant filed a form consenting to the jurisdiction of the magistrate judge and a request for clarification or a telephonic status conference.  (ECF Nos. 70, 71.)

　　　　Defendant requests clarification regarding whether the trial will proceed on the date currently set before the undersigned as all parties have now consented to the jurisdiction of the magistrate or a status conference to discuss trial dates.  As the parties have now all consented to have this matter tried before the undersigned, the Court shall set a status conference to discuss pretrial and trial dates.  The parties are advised that the Courtroom Deputy will provide the Attorney General with the Zoom meeting information prior to the hearing.

1 | Accordingly, IT IS HEREBY ORDERED that a video status conference is set for December 4,
2 | 2020, at 3:00 p.m. in Courtroom 9.
3 | IT IS SO ORDERED.

4 | Dated: __November 25, 2020__

UNITED STATES MAGISTRATE JUDGE