UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. KERNAN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-01356-NONE-SAB (PC)<br><br>ORDER VACATING AND RESCHEDULING TRIAL DATE<br><br>**Trial Date:** May 4, 2021<br>**Motion in Limine Hearing:** February 26, 2021 |

　　　　Plaintiff James C. McCurdy is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 4, 2020, the undersigned held a status conference to discuss the trial dates set in this matter after both parties consented to Magistrate Judge jurisdiction. Plaintiff appeared pro se and Deputy Attorney General Bryon Miller appeared on behalf of Defendants.

　　　　This case was previously set for jury trial on March 16, 2021, before the District Judge.

　　　　On the basis of good cause and the for the reasons explained at the hearing, it is HEREBY ORDERED that:

　　　　1.　　The January 28, 2021 telephonic trial confirmation hearing and March 16, 2021 trial date are VACATED;

　　　　2.　　The matter is set for jury trial before the undersigned on May 4, 2021, at 8:30 a.m., in Courtroom 9;

1

3. Motions in limine shall be filed on or before January 29, 2021;

4. Oppositions to motions in limine shall be filed on or before February 19, 2021;

A remote motion in limine hearing is set for February 26, 2021, at 8:30 a.m. Counsel for Defendants shall appear by video at the hearing and shall arrange for participation of Plaintiff by telephone. Counsel for Defendants shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov for the video and dial-in information;

5. Defendants' opposition to Plaintiff's motion for incarcerated witnesses is due December 11, 2020, and Defendants' pretrial statement is due December 28, 2020; and

6. As stated at the December 4, 2020 hearing, the parties are free to discuss and negotiate a settlement and may request referral to a Magistrate Judge for a formal conference if so desired.

IT IS SO ORDERED.

Dated: **December 7, 2020**

UNITED STATES MAGISTRATE JUDGE