UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES C. McCURDY, | ) | Case No.: 1:17-cv-01356-NONE-SAB (PC) |
| Plaintiff, | ) ) | |
| v. | ) ) | AMENDMENT TO DECEMBER 7, 2020 ORDER |
| S. KERNAN, et al., | ) ) | (ECF No. 77) |
| Defendants. | ) ) | |
| | ) | |

Plaintiff James C. McCurdy is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 7, 2020, the Court issue an order vacating the prior trial date(s) and rescheduling the trial for May 4, 2021, and a motions in limine hearing on February 26, 2021.

The December 7, 2020 order is HEREBY AMENDED to reflect that the time for the remote motions in limine hearing is 10:30 a.m., not 8:30 a.m.

IT IS SO ORDERED.

Dated: __December 8, 2020__

UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28