# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. KERNAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01356-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO AMEND THE PRETRIAL STATEMENT<br><br>(ECF No. 87) |

Plaintiff James C. McCurdy is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's request to amend the pretrial statement, filed February 5, 2021. Defendant submits that original Pretrial Statement inadvertently lists "J. Ledesma" twice. (See ECF No. 82 at 10, listing Ledesma as witnesses (b) & (e).) In addition to J. Ledesma, Defendant had intended to list Facility Captain C. Lesniak.

On the basis of good cause, Defendant is granted five (5) days from the date of service of this order to file an amended pretrial statement.

IT IS SO ORDERED.

Dated:   **February 5, 2021**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1