UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>    Plaintiff,<br><br>    v.<br><br>S. KERNAN, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01356-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDERED SETTLEMENT CONFERENCE AND DIRECTING PARTIES TO SUBMIT POTENTIAL TRIAL DATES<br><br>(ECF No. 90) |

    Plaintiff James C. McCurdy is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    This case is currently set for jury trial before the undersigned on May 4, 2021.

    On February 19, 2021, Plaintiff filed a motion for a court ordered settlement conference.  (ECF No. 90.)  Pursuant to court order, Defendant filed a response and submits that a settlement conference will not be beneficial in this case. (ECF No. 95.)  Based on Defendant's response, Plaintiff's motion for a court ordered settlement conference shall be denied.  In addition, the parties are advised that due to the COVID-19 pandemic, the Court cannot safely conduct a jury trial on May 4, 2021, and it must therefore be continued.  Therefore, the parties are directed to coordinate and submit potential dates upon which the jury trial may be held.

///

///

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for a court ordered settlement conference is denied; and
2. Within **twenty-one (21)** days from the date of service of this order, the parties shall submit potential dates upon which the jury trial may be held.

IT IS SO ORDERED.

Dated:   **March 10, 2021**

UNITED STATES MAGISTRATE JUDGE