UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>    Plaintiff,<br><br>    v.<br><br>S. KERNAN, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01356-NONE-SAB (PC)<br><br>ORDER VACATING AND RESCHEDULING TRIAL DATE<br><br>**Trial Date:** January 25, 2022, at 9:00 a.m.<br>**Telephonic Pretrial Hearing Date:** December 10, 2021, at 9:30 a.m. |

Plaintiff James C. McCurdy is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial before the undersigned on May 4, 2021, at 8:30 a.m. Due to the COVID-19 pandemic and protocols, it is necessary to reschedule the jury trial. Pursuant to the parties' agreement, the Court will reschedule the jury trial to January 25, 2022, at 9:00 a.m. before the undersigned.

Accordingly, it is HEREBY ORDERED that:

1. The jury trial scheduled for May 4, 2021 is VACATED;

2. The jury trial is rescheduled for January 25, 2022, at 9:00 a.m. before the undersigned in Courtroom 9; and

3. The telephonic pretrial hearing is scheduled for December 10, 2021, at 9:30 a.m. Counsel for Defendant shall contact Courtroom Deputy, Mamie Hernandez, at (559)

499-5672 or mhernandez@caed.uscourts.gov to obtain the necessary information for the telephonic pretrial hearing, including any necessary passcodes, for all parties. Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary information.

IT IS SO ORDERED.

Dated:   **April 6, 2021**

UNITED STATES MAGISTRATE JUDGE