UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>    Plaintiff,<br><br>    v.<br><br>S. KERNAN, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01356-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED REQUEST TO SUBMIT AN AMENDED PRETRIAL STATEMENT<br><br>(ECF No. 103) |

Plaintiff James C. McCurdy is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's unopposed request to submit an amended pretrial statement, filed November 15, 2021.

Good cause having been presented, it is HEREBY ORDERED that within five days from the date of service of this order, Defendant may file an amended pretrial statement.

IT IS SO ORDERED.

Dated:  **November 16, 2021**

UNITED STATES MAGISTRATE JUDGE

1