UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. KERNAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01356-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO CORRESPOND WITH INMATE WITNESS CHRISTOPHER PRICE<br><br>(ECF No. 107) |

　　　　Plaintiff James C. McCurdy is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This case is currently set for jury trial before the undersigned on January 25, 2022, and a telephonic pretrial hearing is set for December 10, 2021.

　　　　On November 29, 2021, Plaintiff filed a motion to correspond with his inmate witness, Christopher Price. (ECF No. 107.) Plaintiff submits that he "has yet to correspond with his witness which is vital for his defense." (Id. at 1.) Plaintiff attaches documentation which reflects that his request to correspond with inmate Price has been denied. (Id. at 3-4.) The Court will direct Defendant to file a response addressing the feasibility of facilitating communication with inmate Price given the penological concerns and whether it can be addressed without the need for a court order. See Cal Code Regs., tit. 15 § 3139; see also Turner v. Safley, 482 U.S. 78, 91 (1987).

///

Accordingly, it is HEREBY ORDERED that on or before **December 7, 2021**, Defendant shall file a response to Plaintiff's request for correspond with inmate Christopher Price.

IT IS SO ORDERED.

Dated:   **November 30, 2021**

UNITED STATES MAGISTRATE JUDGE