1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   JAMES C. McCURDY,                          )   Case No.: 1:17-cv-01356-SAB (PC)
                                                )
12                    Plaintiff,                )
                                                )
13            v.                                )   ORDER GRANTING PLAINTIFF'S MOTION TO
                                                )   CORRESPOND WITH INMATE WITNESS
14   S. KERNAN, et al.,                         )   CHRISTOPHER PRICE
                                                )
15                    Defendants.               )   (ECF No. 107)
                                                )
16   _____        )

17          Plaintiff James C. McCurdy is appearing pro se and in forma pauperis in this civil rights action

18   pursuant to 42 U.S.C. § 1983.

19          Currently before the Court is Plaintiff's motion to correspond with inmate witness Christopher

20   Price, filed November 29, 2021.  (ECF No. 107.)  On December 8, 2021, Defendant filed a response.

21   (ECF No. 117.)

22          Defendant submits that "[i]t is possible, upon approval of the wardens or other person in

23   charge, to allow inmate McCurdy and inmate Price to correspond via written communication,

24   however, pursuant to CDCR Department Operations Manual (DOM), section 54010.12.1, inmate-to-

25   inmate written correspondence does not meet the criteria for 'confidential correspondence." (ECF No.

26   117 at 2.)  Thus, if Plaintiff wishes to correspond with inmate Price, both inmates must stipulate that

27   the contents of their communication is not confidential.  (Id.)

28   ///

                                                    1

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to correspond with inmate witness Christopher Price, CDCR No. K40978 is GRANTED, subject to a stipulation signed by both Plaintiff and inmate Price that such communication is not confidential in nature.

IT IS SO ORDERED.

Dated:   **December 9, 2021**

UNITED STATES MAGISTRATE JUDGE

2