UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>            Plaintiff,<br><br>     v.<br><br>S. KERNAN, et al.,<br><br>            Defendants. | Case No.: 1:17-cv-01356-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NUMBER FIVE AND PLAINTIFF MOTION IN LIMINE NUMBER TWO AS MOOT<br><br>(ECF No. 131) |

Plaintiff James C. McCurdy is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. A trial is set for January 25, 2022, in this matter. (ECF No. 121.)

On March 26, 2021, the Court granted Defendants' third motion in limine seeking to exclude Plaintiff from offering improper medical testimony, restricting Plaintiff from testifying regarding opinions or inferences from any of his medical records. (ECF No. 97 at 7-8.) Plaintiff's second motion in limine was granted on March 26, 2021, and evidence of prior disciplinary violations was restricted. (ECF No. 97 at 5-6.) On December 8, 2021, the Court denied Defendant's motion for reconsideration of the Court's granting of Plaintiff's motion in limine number two pertaining to disciplinary records. (ECF No. 116.) The Court granted the Defendant's motion in limine number five on December 10, 2021, restricting the testimony of inmate-witness Christopher Price. (ECF No. 120.)

On December 28, 2021, the Court denied Plaintiff's request for an extension of time to file an opposition to Defendants' motion in limine number five as moot because the motion was already granted. (ECF No. 126.) Additionally, through the same order, because Plaintiff's motion in limine

number two has already been granted, and the Court has already adjudicated Defendant's motion in limine number three pertaining to testimony about Plaintiff's medical records, Plaintiff's request for an extension of time to file a motion in limine number two "for the defendant to exclude my privileged medical and Mental Health records as evidence at trial," was denied as moot, in addition for being vague and unsupported by good cause.

Nonetheless, on January 3, 2021, Plaintiff filed what was entitled motion in limine number two, appearing to again request exclusion of his privileged medical and mental health records. Plaintiff also filed an opposition to motion in limine number five despite the Court denying the request for an extension to oppose the already adjudicated motion. Because both of Plaintiff's motion have been adjudicated on the merits, they shall be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's entitled motion in limine number two is DENIED as moot; and

2. Plaintiff's opposition to motion in limine number five is DENIED as moot.

IT IS SO ORDERED.

Dated:   **January 7, 2022**

UNITED STATES MAGISTRATE JUDGE