# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>    Plaintiff,<br><br>    v.<br><br>S. KERNAN, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01356-SAB (PC)<br><br>ORDER SETTING A VIDEO STATUS CONFERENCE RE: COVID-19 |

Plaintiff James C. McCurdy is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on January 25, 2022, before the undersigned. In light of the recent surge of COVID-19 cases, the Court HEREBY sets a video status conference on January 14, 2022, at 3:30 p.m. before the undersigned to discuss the logistics of conducting the jury trial on January 25, 2022. Defendant shall arrange for the participation of Plaintiff in the video conference hearing via Zoom.

IT IS SO ORDERED.

Dated:   **January 12, 2022**

UNITED STATES MAGISTRATE JUDGE

1