**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES C. McCURDY,<br><br>       Plaintiff,<br><br>   v.<br><br>S. KERNAN, et al.,<br><br>       Defendants. | Case No.: 1:17-cv-01356-SAB (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO PLAINTIFF AND INMATE CHRISTOPHER PRICE AND RESCHEDULING JURY TRIAL TO MARCH 1, 2022, AT 1:00 P.M. IN COURTROOM NINE<br><br>(ECF Nos. 123, 124) |

Plaintiff James C. McCurdy is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case is currently set for jury trial on January 25, 2022, before the undersigned.

On January 14, 2022, the Court held an informal status conference to discuss the recent surge of COVID-19 cases. Plaintiff appeared pro se, and Marisa Kirschenbauer, Asha Jameson, and Alexander Padua appeared on behalf of Defendant Bautista.

At the parties request, the jury trial is rescheduled from January 25, 2022 to March 1, 2022, at 1:00 p.m. before the undersigned in Courtroom Nine. All other deadlines set in this matter remain in effect. The writ of habeas corpus ad testificandum as to Plaintiff and inmate Christopher Price issued on December 17, 2021 (ECF Nos. 123, 124) are VACATED to be reissued for the new trial date in due course.

IT IS SO ORDERED.

Dated:   **January 14, 2022**

UNITED STATES MAGISTRATE JUDGE